UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:	Case No.: 08-40037
	Judge: Rhodes
	Chapter: **13**

Thompson, Evelyn
　　　　Debtor.
_____/

### ORDER ALLOWING DEBTOR'S TO INCUR DEBT TO LEASE A VEHICLE

This matter having come before the Court upon stipulation of the Debtors and the Chapter 13 Trustee;

IT IS HEREBY ORDERED the Debtor is allowed to incur debt as follows:

1. Debtor shall be allowed to incur debt not to exceed $29,999.
2. Debtor intends to lease a 2010 Chevrolet Traverse.
3. Debtor's monthly payments shall be approximately $378.00 for 48 months.
4. Debtor's interest rate on her loan shall be 0.00 or less.
5. Debtor shall make direct payments to GMAC, its successors or assignees.
6. A $1032.00 down payment is required, which came from the Debtor's savings.
7. Incurring this debt will not work an adverse impact on other creditors' as this debt shall be paid direct to the creditor.
8. This order shall be void 60 days from its entry date.
9. Loan documents shall be forwarded to the Trustee within 14 days of closing on the loan.

.

**Signed on June 09, 2010**

　　　　　　　　　　　　　　　　　　　　　　　**_/s/ Steven Rhodes_**
　　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**